PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

MAR 14 2025 AM 8:01
FILED - USDC - NDTX - LU

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

_Mickey Ray Taylor  #02367588_
Plaintiff's Name and ID Number

_TDCJ Rufe Jordan Unit  Pampa, TX_
Place of Confinement

CASE NO. _5-25CV-053-H_
(Clerk will assign the number)

v.

_(Name Unknown - John Doe) Securus Employee Jordan Unit 1992 Helton Rd. Pampa, TX 79065_
Defendant's Name and Address

_Securus Technologies / JPay LLC Attn: Legal Dept. 5360 Legacy Drive Plano, TX 75024_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: 10/30/2024
        2. Parties to previous lawsuit:
           Plaintiff(s) Michael Roy Taylor
           Defendant(s) Doctor Melanie Sandoval; Licutenant Clark; Officer Cromwell
        3. Court: (If federal, name the district; if state, name the county.) Northern Dist. Lubbock, TX
        4. Cause number: 5:24-CV-0242-H-BV
        5. Name of judge to whom case was assigned: Amanda "Ami" R. Burch Federal Magistrate Judge
        6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
        7. Approximate date of disposition: Unknown

II. PLACE OF PRESENT CONFINEMENT: _TDCJ Jordan Unit Pampa, TX 79065_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Mickey Ray Taylor #02367588  Jordan Unit 1992 Helton Rd  Pampa, TX 79065_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Doe Securus Employee  TDCJ Jordan Unit  1992 Helton Rd. Pampa, TX 79065_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Conspired with prison officials to deprive without proper due process in retaliation upon Plaintiff._

Defendant #2: _Securus Technologies / JPay LLC  Attn: Legal Dept. 5360 Legacy Drive Plano, TX_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Engaging in patterns of racketeering activity by instructing employees to deprive paying customers of property without proper due process to systematically extort and exploit inmates under duress and coercion._

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Plaintiff was retaliated on by these defendants when he was currently exhausting the grievance procedures, or rather, showing the lack of administrative remedies at Jordan Unit. Being on the list to receive a new replacement tablet for a month at the same time a grievance on Lt Clark was in effect and resulting in her having a disciplinary meeting with Unit upper management. Securus employee had inspected tablet to be replaced twice prior to denying Plaintiff replacement of much used tablet that family money had been placed on in years prior to buy stamps, phone time, movies, music, accessories and on a revolving monthly basis. Denied due process protections by Securus and its employee by custom of seizing alleged tablets from inmates with one employee's claims with no further review and no evidentiary means and no appeal review. There were no problems with the tablets condition on the 2 prior inspections as to exterior hardware conditions.

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Immediately provide Plaintiff a new replacement tablet free of charge; Reduce on a prorated rate the monthly subscription money that has since been taken; Damages to be decided by a jury including Punitive/Exemplary; a Policy or Set of Policies that comport with Due Process on denying inmates tablets etc.; To Pay Filing Fee immediately and Court Costs

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Mick Taylor, MR. Taylor

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#02367588

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied?  ____YES  ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: _____
                 DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____9th____ day of ____March____, 20 _25_.
              (Day)                (month)             (year)

*Mickey Roy Taylor Jr #02367588*

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Additional Pages    Concerning the two overlapping Claims

1) On Feb 22, 2025, the Securus employee at the Jordan Unit denied me an exchange or replacement tablet saying that I was blacklisted because of damage (an alleged hole in the removable plastic back piece), when there was no hole placed by Plaintiff on the backside of the tablet nor was there ever mentioned to be such damage on the 2 prior occasions leading up to having the 2½ year old oversized tablet replaced.

2) Blacklisting me, he kept my old tablet and denied me a new replacement that I was on a waiting list to receive for a month leading up to that date.

3) Relatedly, as shown in 5:24-CV-0242-H-BV Taylor V. Sandoval the institutional grievance that I filed as attachment to a TRO/Preliminary Injunction on Lt. Clark was also in the works.

4) Lt. Clark and other officers had conspired with this Securus employee to deny me my property violating due process, especially when proper procedures aren't even in play in policy to properly be administered when denying or blacklisting an inmate of seized property.

5) This particular property, has revolving Music and news subscriptions that have not stopped nor had ever sent me anything requesting if I wanted it to stop. Securus keeps taking monthly subscription money off of my tablet when the Company knows or should have been told by it's employee that I am not in current possession of a tablet that has a revolving Music and news subscription that is taken out about $13.00 every month.

6) Securus also directs it's employees to blacklist and deny inmates over alleged physical alterations to a cheap removable plastic backpiece whether it is going to be replaced at the time or not, in order to coherse the inmate under duress to buy a new tablet so as to not be blacklisted and without a tablet when the inmate otherwise would be denied a tablet for several months while the subscriptions keep taking money off of his account.

7) The typical blacklisting is over a plastic removable backpiece that is mere cents, or, a couple of dollars of company cost to replace, and just a few dollars to remove and replace by a technician. Certainly there is no need to charge an incarcerated inmate $129.99 plus tax over a removable, cheap, and replaceable item where there is no proper

Pg 6

procedure to seize and or deny privileged property under due process considerations.

8) This is a §1983 and or §1985 Civil rights violation in Conspiracy to deprive and without due process and an associated Civil RICO claim as to the racket herein. Conspiracy to retaliate on grievances and putting on notice of filing a prisoner civil rights complaint on the institution's actors. Intentional Infliction of Emotional Distress State Law tort violations.

9) Plaintiff on behalf of the past and current inmates subject to these racketts in Securus Technologies/JPay LLC's ongoing regular way of doing business shows the causation and the showing that is established in the predicate acts and due process offenses that they have an established pattern of racketeering activity in the continuity of criminal acts having the same or similar purposes to secure more money, resulting in obtaining more money for higher profits/shares, directing participating employees at the prison units to conduct business in such a way, upon already oppressed and disciplined inmates without proper disciplinary procedures resulting in IIED and Cruel & Unusual punishment because of lack of proper due process.

10) 18 USCS 1961-1968 ~ 1962 (a), (b), (c), and (d)     every-one.

11) This happening to hundreds of inmates if not more likely thousands over the course of years since tablet inception.

12) While otherwise, Securus provides an invaluable rescourse in their company by providing all that the tablets have to offer incarcerated individuals. By Securus providing Lexis Nexis digital law library I have personally sought out and achieved a heightened level of legal acumen, and this being my Fifth Federal Civil Rights Lawsuit in as many years, I owe this that is now being applied here to the entity that is now my adversary. I also purchased individual songs on top of the subscriptions to further show property.

13) Surely, with y'alls business model, movies, subscriptions, phone calls, there is no real need to extort and exploit inmates in the way the claims here set forth.

14) As reflected on Memorialized Settlement Demand in 5:24-CV-0242-BV. Securus is also in violation of it's Stowers duties; Tex Ins Code 541 & 542; Tex Bus Code 17.46-50 by their complete failure to acknowledge or reply to the demand sent to them to settle this prior to suit.

Date 3/9/2025                               Respectfully Submitted,

Pg 7 of 7

Mickey Taylor #02807788
Jordan Unit
1992 Helton Rd
Pampa, TX 79065

Legal

United States District Court
Clerks Office
Room 209
1205 Texas Ave.
Lubbock, Texas 79401

RECEIVED
MAR 14 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS